**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 26-5041-JFW**
[CR 21-452-JFW] Date: July 28, 2026

Title: Vladislav Konstantin Aksenov-*v*- United States of America

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

On July 10, 2026, Assistant United States Attorney Suria Bahadue filed an Ex Parte Application to Continue the Hearing on Defendant's Motion for Relief Pursuant to 28 U.S.C. § 2255 ("Application"). Ms. Bahadue failed to file the Application in the corresponding civil case file and used an incorrect civil case number. The rules of the Court require all documents to be filed concurrently in both the criminal and civil dockets. The Court has since filed the Application in the correct civil case file: CV 26-5041-JFW. Accordingly, Ms. Bahadue is ORDERED TO SHOW CAUSE, in writing, by August 3, 2026, why the Court should not impose monetary sanctions in the amount of $500.00 for her failure to properly file the Application.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.

Initials of Deputy Clerk _sr_